IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARRY W. FLETCHER SR., | ) | 4:12CV3179 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT P. HOUSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff has filed an Objection (Filing No. 54) to Defendants' Motion for Summary Judgment. Nebraska Civil Rule 7.1(b)(1)(A) prohibits the filing of an "objection" to a motion. Rather, a party must file "a brief that concisely states the reasons for opposing the motion." NECivR 7.1(b)(1)(A). Accordingly,

    IT IS THEREFORE ORDERED that: The clerks' office is directed to term Plaintiff's Objection to Defendants' Motion for Summary Judgment (Filing No. 54). The court will treat Plaintiff's Objection and Memorandum in Support of Objection as a brief in opposition to Defendants' Motion for Summary Judgment.

    DATED this 30th day of August, 2013.

                                       BY THE COURT:

                                       s/ Joseph F. Bataillon
                                       United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.