IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARRY W. FLETCHER SR., | ) | 4:12CV3179 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT P. HOUSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. Upon careful consideration,

IT IS ORDERED that:

1. The final pretrial conference in this matter, currently scheduled for October 10, 2013, is cancelled. The conference may be rescheduled after the resolution of Defendants' pending Motion for Summary Judgment. (*See* Filing No. 64 (extending time in which Plaintiff has to respond to Defendants' Motion for Summary Judgment to October 25, 2013).)

2. The clerk's office is directed to cancel the final pretrial conference in this matter, currently scheduled for October 10, 2013.

DATED this 2nd day of October, 2013.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge