IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARRY W. FLETCHER, SR., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT P. HOUSTON, Director, NDCS; FRANK X. HOPKINS, Deputy Director, NDCS; FRANCES BRITTEN, Warden, Tecumseh State Correctional Institution; CATHIE PETERS, mail/material Specialist, Tecumseh State Correctional Institution; LEAH SWARTHOUT, Sergeant, Tecumseh State Correctional Institution; sued in their individual capacities, <br><br> Defendants. | 4:12CV3179 <br><br> ORDER |

   This matter is before the court on the defendants' Motion to Extend Progression Order Deadlines and Trial Date (Filing No. 74). On March 31, 2014, the court granted in part and denied in part the defendants' earlier motion for summary judgment. **See** Filing No. 71. Thereafter, the court set the matter for trial. The defendants seek an extension of these dates to allow additional dispositive motions on the issue of qualified immunity and other defenses. Accordingly,

   **IT IS ORDERED**:

   1.   The defendants' Motion to Extend Progression Order Deadlines and Trial Date (Filing No. 74) is granted.

   2.   The court's April 15, 2014, progression order is vacated.

   3.   The parties shall have until **June 2, 2014**, to file motions for summary judgment.

   Dated this 16th day of April, 2014.

                                              BY THE COURT:

                                               s/ Thomas D. Thalken
                                              United States Magistrate Judge