IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARRY W. FLETCHER, SR., | |
| Plaintiff, | 4:12CV3179 |
| vs. | |
| CATHIE PETERS, et al., | ORDER |
| Defendants. | |

This matter is before the court after a telephone conference with counsel for the parties. Michael D. Gooch represented the plaintiff and Amie E. Larson represented Cathie Peters. In accordance with the discussion,

**IT IS ORDERED**:

1. Cathie Peters' Motion to Extend Progression Order Deadline for Dispositive Motions (Filing No. 85) is granted.

2. Cathie Peters shall have until **January 2, 2015**, to file a motion for summary judgment based on qualified immunity.

3. The plaintiff shall have until **February 2, 2015**, to file a response.

4. The parties shall have ten (10) days from the date the court rules on the motion for summary judgment, in which to schedule a telephone planning conference with the court, if necessary, to further progress the case. Counsel for the plaintiff shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

Dated this 12th day of December, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge