IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARRY W. FLETCHER, SR., <br><br> Plaintiff, <br><br> vs. <br><br> CATHIE PETERS, mail/material Specialist, Tecumseh State Correctional Institution, sued in her individual capacity, and LEAH SWARTHOUT, Sergeant, Tecumseh State Correctional Institution, <br><br> Defendants. | 4:12CV3179 <br><br> ORDER |

This matter is before the court on the plaintiff's Motion to Take Depositions and for Funding Under the Federal Practice Rules (Filing No. 101).  Upon review of the proposed expenses, the reason for the expenses, and the court file, in accordance with Section 1(b) of Attachment A to the Amended Plan for the Administration of the Federal Practice Fund and the Federal Practice Committee (the Plan)[1], the court approves plaintiff's counsel proposed expenses.  Plaintiff's counsel shall adhere to Section 4 of the Plan when seeking reimbursement.

**IT IS ORDERED:**

1. The plaintiff's Motion to Take Depositions and for Funding Under the Federal Practice Rules (Filing No. 101) is granted.

2. Plaintiff's counsel is authorized to incur expenses as proposed, not to exceed $1,200 absent further permission from the court.

Dated this 8th day of October, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

[1] http://www.ned.uscourts.gov/attorney/federal-practice-committee