IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARRY W. FLETCHER, SR.,<br><br>              Plaintiff,<br><br>    vs.<br><br>CATHIE PETERS, mail/material Specialist, Tecumseh State Correctional Institution, sued in their individual capacities; and LEAH SWARTHOUT, Sergeant, Tecumseh State Correctional Institution;<br><br>              Defendants. | 4:12CV3179<br><br>ORDER |

This matter is before the court sua sponte. Pursuant to the Memorandum and Order dated 11/19/14, Filing No. 84, appointing Michael D. Gooch as counsel to represent the plaintiff, appointed counsel's expenses and attorney fees are to be paid pursuant to the Amended Plans for the Administration of the Federal Practice Fund and the Federal Practice Committee.

IT IS ORDERED:

1. The Clerk of Court is directed to pay Mr. Gooch $1,000.00, based upon his entry of appearance, Filing No. 88.

2. The balance of Mr. Gooch's fee, not to exceed an additional $1,000.00, shall become payable upon entry of judgment or other closing documents.

Dated this 26th day of January, 2016

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Senior United States District Judge