# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARRY W. FLETCHER SR.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CATHIE PETERS, mail/material Specialist, Tecumseh State Correctional Institution, sued in their individual capacities; and LEAH SWARTHOUT, Sergeant, Tecumseh State Correctional Institution;<br><br>　　　　Defendants. | 4:12CV3179<br><br>ORDER |

This matter is before the Court on the Motion for Reimbursement from the Federal Practice Fund (Filing No. 112) filed by Plaintiff's counsel, Michael D. Gooch. Plaintiff's counsel seeks reimbursement of $111.25 for taking and reproducing the deposition of the Plaintiff. Plaintiff's request is supported by a voucher. (Filing No. 112.) Magistrate Judge Thalken authorized counsel for Plaintiff to incur expenses relating to depositions, not to exceed $1,200 without further order from the Court. The reimbursement amount requested does not exceed $1,200, nor has Plaintiff incurred more than $1,200 in expenses for depositions in this case. Further, paragraph 3.f. of Attachment A to the Amended Plan for the Administration of the Federal Practice Fund expressly authorizes reimbursement for this expense. Accordingly,

IT IS ORDERED:

1. The Motion for Reimbursement from the Federal Practice Fund (Filing No. 112) filed by Plaintiff's counsel is granted;

2. Expenses are ordered reimbursed to Plaintiff's counsel in the amount of $111.25; and

3. A copy of this Order shall be provided to Pat Williamson of the Clerk of Court's Office so that he may make arrangements for payment from the Federal Practice Fund, and appropriate bookkeeping entries.

Dated this 16th day of February, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge