# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARRY W. FLETCHER, SR.,<br><br>        Plaintiff,<br><br>vs.<br><br>CATHIE PETERS, et al.,<br><br>        Defendants. | 4:12CV3179<br><br>ORDER |

This matter is before the court after a conference with counsel for the parties on March 23, 2016. The schedule is modified as follows:

**IT IS ORDERED**:

1. The trial previously scheduled for April 25, 2016, is canceled.

2. The parties shall have until **on or before April 15, 2016**, to file motions for summary judgment based on actual injury or any other ground. Any opposition to a motion for summary judgment shall be filed by **May 6, 2016**. Any reply shall be filed by **May 16, 2016**.

3. The parties shall have ten (10) days from the date the court rules on the motion for summary judgment, in which to schedule a telephone planning conference with the court, if necessary, to further progress the case. Counsel for the defendants shall contact the chambers of the assigned magistrate judge within such time period to schedule the telephone planning conference.

Dated this 23rd day of March, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge