IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARRY W. FLETCHER SR., <br><br> Plaintiff, <br><br> vs. <br><br> CATHIE PETERS, mail/material Specialist, Tecumseh State Correctional Institution, sued in their individual capacities; and LEAH SWARTHOUT, Sergeant, Tecumseh State Correctional Institution; <br><br> Defendants. | 4:12CV3179 <br><br> ORDER |

This matter is before the Court on the Motion for Reimbursement from the Federal Practice Fund (ECF No. 137) filed by Plaintiff's counsel, Michael D. Gooch. Plaintiff's counsel seeks reimbursement of $1,000 as the remaining fee authorized under ¶ II.A.1.a of the Amended Plan for Administration of the Federal Practice Committee ("the Amended Plan"). Plaintiff's counsel also seeks $354.09 in litigation costs, also authorized by ¶ II.A.1.a of the Amended Plan. The Court has reviewed the Motion and supporting documents and concludes the Motion should be granted. Accordingly,

IT IS ORDERED:

1.  The Motion for Reimbursement from the Federal Practice Fund (ECF No. 137) filed by Plaintiff's counsel is granted;

2.  Michael D. Gooch is awarded $1,354.09 from the Federal Practice Fund; and

3. A copy of this Order shall be provided to Pat Williamson of the Clerk of Court's Office so that he may make arrangements for payment from the Federal Practice Fund, and appropriate bookkeeping entries.

Dated this 17th day of October, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge